McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

FILED

MAY 1 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 07-166-DFL |
|---|---|---|
| Plaintiff, | ) | ORDER TO AMEND AND REISSUE SUMMONS FOR |
| v. | ) | MAY 24, 2007 AT 2:00 PM |
| GWENETTE WADE-SMITH, | ) | |
| Defendant. | ) | |

ORDER

Having considered the government's motion, it is hereby ORDERED that the summons directing defendant Wade-Smith to appear be reissued and amended.

HEREBY, The reissued summons shall direct defendant Wade-Smith to appear on May 24, 2007 at 2:00 pm.

Dated: May 17, 2007

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge