DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GWENETTE WADE-SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GWENETTE WADE-SMITH, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | Cr.S. 07-166-DLJ <br><br> STIPULATION AND ORDER <br><br> Date: July 24, 2007 <br> Time: 9:00 a.m. <br> Judge: D. Lowell Jensen |

GWENETTE WADE-SMITH, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Michelle Rodriguez, Assistant United States Attorney, hereby agree that the status conference hearing set for June 19, 2007 be rescheduled for a status conference on July 24, 2007 at 9:00 a.m. This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

1 | exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).
2 |     The parties stipulate that this interest of justice
3 | outweighs the interest of the public and the defendant in a
4 | speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good
5 | cause outweighs the public's interest in the prompt disposition
6 | of criminal cases.
7 |     Accordingly, all counsel and Ms. GWENETTE WADE-SMITH agrees
8 | that the time from June 19, 2007 through July 24, 2007, should be
9 | excluded in computing the time within which trial must commence
10 | under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.
11 | [reasonable time to prepare].
12 | DATED: June 15, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

DENNIS S. WAKS, Supervising
Assistant Federal Defender
Attorney for Defendant
GWENETTE WADE-SMITH

McGREGOR SCOTT
United States Attorney

DATE: June 15, 2007

/S/ Dennis S. Waks for

MICHELLE RODRIGUEZ
Assistant United States Attorney

**SO ORDERED.**

Dated: 6-18-07

HON. D. LOWELL JENSEN
United States District Court Judge

2