```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GWENETTE WADE-SMITH
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,     )    Cr.S. 07-166-DLJ
11                                )
                 Plaintiff,       )    STIPULATION AND
12                                )    ORDER
         v.                       )
13                                )    Date:  September 25, 2007
    GWENETTE WADE-SMITH,          )    Time:  9:00 a.m.
14                                )    Judge: D. Lowell Jensen
                                  )
15               Defendant.       )
    _____ )
16
```

    GWENETTE WADE-SMITH, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Michelle Rodriguez, Assistant United States Attorney, hereby agree that the status conference hearing set for September 11, 2007 be rescheduled for a status conference on September 25, 2007 at 9:00 a.m.  This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

    The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
2      The parties stipulate that this interest of justice
3  outweighs the interest of the public and the defendant in a
4  speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good
5  cause outweighs the public's interest in the prompt disposition
6  of criminal cases.
7      Accordingly, all counsel and Ms. GWENETTE WADE-SMITH agrees
8  that the time from September 11, 2007 through September 25, 2007,
9  should be excluded in computing the time within which trial must
10 commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local
11 Code T4. [reasonable time to prepare].
12 DATED: <u>September 5, 2007</u>

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS, Supervising
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GWENETTE WADE-SMITH


                                    McGREGOR SCOTT
                                    United States Attorney

21 DATE:  <u>September 5, 2007</u>
                                    /S/ Dennis S. Waks for
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant United States Attorney

24     **SO ORDERED.**

25 Dated: September 7, 2007
                                    _____
                                    HON. D. LOWELL JENSEN
                                    United States District Court Judge

2