**FILED**



MAR -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**

Honorable John A. Mendez
United States District Judge
Sacramento, California

> RE:   Gwenette WADE-SMITH
> Docket Number:   2:07CR00166-01   JAM
> **REQUEST TO DISMISS PETITION**

Your Honor:

A superseding petition dated January 5, 2011, was filed with the Court alleging her failure to complete 100 hours of community service.  Since her last appearance before the Court on January 4, 2011, Ms. Wade-Smith has completed her 100 hours of community service.  It should be noted that a summons was ordered at her last Court appearance to stop her time, as she was scheduled to expire from probation on January 7, 2011.

Therefore, it is recommended that the underlying superseding petition be dismissed, the summons for her return to Court on March 8, 2011, be vacated and Ms. Wade-Smith be terminated from probation forthwith.

Respectfully submitted,

SCOTT W. STOREY
United States Probation Officer

Dated:        March 4, 2011
              Sacramento, California
              SWS/sc

**REVIEWED BY**

MICHAEL A. SIPE
**Supervising United States Probation Officer**

Rev. 11/2009
MEMO ~ COURT.MRG

RE:     Gwenette WADE-SMITH
        Docket Number:   2:07CR00166-01
        REQUEST TO DISMISS PETITION

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

(X)     The dismissal of Superseding Petition For Warrant Or Summons for Offender Under
        Supervision dated January 5, 2011, the summons for her return to Court March 8, 2011,
        be vacated and Ms. Wade-Smith be terminated from probation forthwith.

( )     Other: To keep this matter on calendar on March 8, 2011, for status conference.

_____                    3-7-2011
JOHN A. MENDEZ                                      DATE
United States District Judge

cc:     Michelle Rodriguez
        Assistant United States Attorney

        Dennis Waks
        Assistant Federal Defender

Rev. 11/2009
MEMO ~ COURT.MRG